Form 132 – 13sum

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−21303−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Israel Velez Jr | Malada Velez |
| 496 W Weymouth Rd. | aka Malada Crespo |
| Vineland, NJ 08360 | 496 W Weymouth Rd. |
| | Vineland, NJ 08360 |

Social Security No.:
  xxx−xx−1869                                                xxx−xx−6901

Employer's Tax I.D. No.:

**NOTICE OF HEARING ON CONFIRMATION OF PLAN**

Date:            8/8/18
Time:            09:00 AM
Location:        Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

    An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

    **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: June 5, 2018
JAN: kaj

                    Jeanne Naughton
                    Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:  
Israel Velez, Jr  
Malada Velez  
       Debtors

Case No. 18-21303-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jun 05, 2018  
                     Form ID: 132     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2018.

```
db/jdb         +Israel Velez, Jr,    Malada Velez,    496 W Weymouth Rd.,    Vineland, NJ 08360-1632
517572111      +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
517572113       City of Vineland,    Tax Dept.,    PO Box 1508,    Vineland, NJ 08362-1508
517572114      +Comenitybank/kayjewelers,    Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517572115      +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
517572116      +Dept of Ed / 582 / Nelnet,    Attn: Claims,    Po Box 82505,    Lincoln, NE 68501-2505
517572117      +Eos Cca,    Attn: Bankruptcy,    Po Box 329,    Norwell, MA 02061-0329
517572118      +Equifax Information Services,    PO Box 740241,    Atlanta, GA 30374-0241
517572119      +Experian,    PO Box 4500,    Allen, TX 75013-1311
517572120      +First Progress,    Po Box 84010,    Columbus, GA 31908-4010
517572125      +Mr. Cooper,    Attn: Bankruptcy,    8950 Cypress Waters Blvd,    Coppell, TX 75019-4620
517572126      +PMAB, LLC,    4135 S Stream Blvd Ste 4,    Charlotte, NC 28217-4636
517572128     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
                (address filed with court: STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,
                 PO BOX 245,    TRENTON NJ 08646-0245)
517572129      +TransUnion,    PO Box 2000,    Chester, PA 19016-2000
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 05 2018 23:14:44    U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 05 2018 23:14:42    United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517572112       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 05 2018 23:18:18    Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238
517572114      +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 05 2018 23:14:27    Comenitybank/kayjewelers,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
517572121      +E-mail/Text: jennifer.macedo@gatewayonelending.com Jun 05 2018 23:14:10
                 Gateway One Lending & Finance,    Attn: Bankruptcy,    160 North Riverview Dr. Ste 100,
                 Anaheim, CA 92808-2293
517572123      +E-mail/Text: cio.bncmail@irs.gov Jun 05 2018 23:14:12    Internal Revenue Service,
                 Centralized Insolvency Operation,    PO Box 7346,    Philadelphia, PA 19101-7346
517572124      +E-mail/Text: kmorgan@morganlaw.com Jun 05 2018 23:15:22    Morgan, Bornstein & Morgan,
                 1236 Brace Road,    Suite K,    Cherry Hill, NJ 08034-3229
517572127      +E-mail/Text: bankruptcy@sw-credit.com Jun 05 2018 23:14:45    Southwest Credit Systems,
                 4120 International Parkway,    Suite 1100,    Carrollton, TX 75007-1958
517572130      +E-mail/Text: bankruptcyreports@wakeassoc.com Jun 05 2018 23:15:23    Wakefield & Associates,
                 830 E Platte Ave,    Fort Morgan, CO 80701-3601
                                                                                              TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517572122      Gsi Recovery Llc
                                                                                              TOTALS: 1, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2018                                          Signature: /s/Joseph Speetjens

```
District/off: 0312-1          User: admin              Page 2 of 2            Date Rcvd: Jun 05, 2018
                              Form ID: 132             Total Noticed: 22
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 5, 2018 at the address(es) listed below:
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Thomas G. Egner    on behalf of Joint Debtor Malada  Velez tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
              Thomas G. Egner    on behalf of Debtor Israel  Velez, Jr tegner@mcdowelllegal.com,
               kgresh@mcdowelllegal.com;djamison@mcdowelllegal.com;lwood@mcdowelllegal.com;cgetz@mcdowelllegal.c
               om;mfunk@mcdowelllegal.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```