Certificate Number: 16339-NJ-DE-031251980

Bankruptcy Case Number: 18-21303



16339-NJ-DE-031251980

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>June 29, 2018</u>, at <u>12:07</u> o'clock <u>AM EDT</u>, <u>Malada Velez</u> completed a course on personal financial management given <u>by telephone</u> by <u>Second Bankruptcy Course, LLC</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:   <u>June 28, 2018</u>          By:   <u>/s/Kelley Tipton</u>

                                    Name: <u>Kelley Tipton</u>

                                    Title: <u>Certified Financial Counselor</u>