Form 210A (12/09)

# United States Bankruptcy Court

District Of **New Jersey**

In re **ISRAEL VELEZ**, Case No. **18-21303**

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| **Santander Consumer USA Inc.** | **Gateway One Lending & Finance** |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

Santander Consumer USA Inc.
P.O. Box 961245
Fort Worth, TX 76161-1245

Phone:
Last Four Digits of Acct #:   2437

Name and Address where transferee payments should be sent (if different from above):

Santander Consumer USA Inc.
P.O. Box 560284
Dallas, TX 75356

Phone:
Last Four Digits of Acct #:   2437

Court Claim #(if known):   9
Amount of Claim:   $10,399.92
Date Claim Filed:   8/13/2018

Phone:
Last Four Digits of Acct #:   7161

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:   /s/Abel Marin                     Date:   03/18/2020
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of upt $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.