Printed on: 12/31/2022                                                                                          Page 1 of 2
ISABEL C. BALBOA [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 18-21303 (ABA)

Israel Velez, Jr. and Malada Velez
496 West Weymouth Road
Vineland, NJ  08360

Monthly Payment: $165.00
Payments / Month: 1
Current Trustee Comp.: 9.60%

**For the period of 01/01/2022 to 12/31/2022**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2022 | $166.00 | 02/02/2022 | $166.00 | 03/08/2022 | $166.00 | 04/05/2022 | $166.00 |
| 05/10/2022 | $166.00 | 06/14/2022 | $166.00 | 07/12/2022 | $166.00 | 08/08/2022 | $166.00 |
| 09/09/2022 | $166.00 | 10/12/2022 | $166.00 | 11/22/2022 | $166.00 | 12/09/2022 | $166.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | ISRAEL VELEZ, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $3,132.19 | $3,132.19 | $0.00 | $0.00 |
| 1 | APEX ASSET MANAGEMENT, LLC | 33 | $955.25 | $0.00 | $955.25 | $0.00 |
| 2 | CAPITAL ONE BANK USA, N.A. | 33 | $657.47 | $0.00 | $657.47 | $0.00 |
| 3 | CITY OF VINELAND | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | QUANTUM3 GROUP, LLC | 33 | $125.38 | $0.00 | $125.38 | $0.00 |
| 5 | CREDIT ACCEPTANCE CORPORATION | 33 | $5,265.58 | $0.00 | $5,265.58 | $0.00 |
| 6 | U.S. DEPARTMENT OF EDUCATION | 33 | $9,622.33 | $0.00 | $9,622.33 | $0.00 |
| 7 | EOS CCA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | EQUIFAX INFORMATION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | EXPERIAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | FIRST PROGRESS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | SANTANDER CONSUMER USA, INC. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | GSI RECOVERY LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | DEPARTMENT OF THE TREASURY | 28 | $2,268.22 | $2,259.51 | $8.71 | $435.47 |
| 14 | MORGAN, BORNSTEIN & MORGAN | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | NATIONSTAR MORTGAGE, LLC | 24 | $3,423.34 | $3,423.34 | $0.00 | $1,693.37 |
| 16 | PMAB, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | STATE OF NEW JERSEY | 28 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | SOUTHWEST CREDIT SYSTEMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | LVNV FUNDING, LLC | 33 | $1,021.93 | $0.00 | $1,021.93 | $0.00 |
| 20 | OFFICE OF THE U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | WAKEFIELD & ASSOCIATES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | ISABEL C. BALBOA (CREDITOR) | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | ISRAEL VELEZ JR | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | MALADA VELEZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | GSI RECOVERY LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | GSI RECOVERY LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | GSI RECOVERY LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | GSI RECOVERY LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | DEPARTMENT OF THE TREASURY | 33 | $257.40 | $0.00 | $257.40 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2018 | 2.00 | $0.00 |
| 09/01/2018 | Paid to Date | $475.00 |
| 10/01/2018 | 57.00 | $165.00 |
| 07/01/2023 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,992.00 |
| Total paid to creditors this period: | $2,128.84 |
| Undistributed Funds on Hand: | $151.72 |
| Arrearages: | ($877.00) |
| Attorney: | MC DOWELL LAW, PC |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**